UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CROSS,<br><br>        Plaintiff,<br><br>v.<br><br>J. CENDERELLI,<br><br>        Defendant. | Case No. 21-cv-06659-JST<br><br>**ORDER OF DISMISSAL** |

On or about August 30, 2021, Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. That same day, the Clerk of the Court informed Plaintiff that this action was deficient because he did not submit the correct *in forma pauperis* application and had not signed the application form that he did submit. Dkt. No. 4. Plaintiff was instructed to submit the correct *in forma pauperis* application within twenty-eight days of the date of the order. *Id.* The Clerk provided Plaintiff with a correct *in forma pauperis* application form and a postage-paid return envelope. The deadline has passed, and Plaintiff has not submitted the required documents. The Court therefore DISMISSES this action without prejudice.

The Clerk shall terminate all pending motions as moot. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any such motion must contain either the full filing fee or a signed *in forma pauperis* application on the correct form.

**IT IS SO ORDERED.**

Dated: October 13, 2021

_____
JON S. TIGAR
United States District Judge